**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 14-2310**

_____

FATOUMA KITETE,

            Petitioner,

        v.

LORETTA E. LYNCH, Attorney General,

            Respondent.

_____

On Petition for Review of an Order of the Board of Immigration Appeals.

_____

Submitted: April 13, 2015          Decided: April 29, 2015

_____

Before KEENAN, FLOYD, and THACKER, Circuit Judges.

_____

Petition denied by unpublished per curiam opinion.

_____

Fatouma Kitete, Petitioner Pro Se.  Monica G. Antoun, Office of Immigration Litigation, UNITED STATES DEPARTMENT OF JUSTICE, Washington, D.C., for Respondent.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Fatouma Kitete, a native of Egypt and a citizen of Zaire, petitions for review of an order of the Board of Immigration Appeals (Board) dismissing her appeal of the Immigration Judge's (IJ) decision denying her motion for a continuance and ordering her removed to Egypt. We have reviewed the administrative record and Kitete's claims and find that the IJ did not abuse his discretion in declining Kitete's request to continue her case. See 8 C.F.R. § 1003.29 (2014); Lendo v. Gonzales, 493 F.3d 439, 441 (4th Cir. 2007). We accordingly deny the petition for review for the reasons stated by the Board. See In re: Kitete (B.I.A. Oct. 24, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

PETITION DENIED